LEWIS BRISBOIS BISGAARD & SMITH LLP
ELISE D. KLEIN, SB# 111712
  E-Mail: Elise.Klein@lewisbrisbois.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant LOS ANGELES COUNTY FIRE FIGHTERS LOCAL 1014 HEALTH AND WELFARE PLAN

Priority ___
Send ___
Enter ✓
Closed ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KATHLEEN LEVASSEUR, | CASE NO. CV13-05245 RGK(RZx) |
|---|---|
| Plaintiff, | The Hon. R. Gary Klausner |
| vs. | [PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT LOS ANGELES COUNTY FIRE FIGHTERS LOCAL 1014 HEALTH AND WELFARE PLAN |
| LOS ANGELES COUNTY FIRE FIGHTERS LOCAL 1014 HEALTH AND WELFARE PLAN and DOES 1 through 50, inclusive, | |
| Defendants. | |

The Court, having reviewed the moving and opposing papers, hereby grants summary judgment to defendant Los Angeles County Fire Fighters Local 1014 Health and Welfare Plan for the reasons set forth in its May 19, 2014 Order (Doc. No. 35).

DATED: JUL 2 2014, 2014

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE

4817-5647-4651.1

CASE NO. CV13-05245 RGK(RZx)
[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT LOS ANGELES COUNTY FIRE FIGHTERS LOCAL 1014 HEALTH AND WELFARE PLAN